Justin C. Frankel (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 301
Garden City, New York 11530
(516) 222-1600

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| BERNARD ALLEY, | : | 07 Civ. 7056 (RJH) |
| --- | --- | --- |
| Plaintiff, | : | ECF |
| - against - | : | **VOLUNTARY DISCONTINUANCE** |
| METROPOLITAN LIFE INS. CO. | : | |
| Defendant. | : | |

---

Plaintiff, pursuant to FRCP 41, hereby files this voluntary discontinuance of the above referenced action. No responsive pleading has been filed by Defendant.

Dated: Garden City, New York
       November 9, 2007

By: _____
Justin C. Frankel (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 301
Garden City, New York 11530
Attorneys for Plaintiff

X:\Shared\Alley\Rule 41 .wpd